# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON COLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY MOLES FARMS, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00467-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 1) |

On February 12, 2021, Filemon Colores ("Plaintiff"), as an individual and on behalf of all others similarly situated, filed this action in the Tulare County Superior Court against Ray Moles Farms, Inc. ("Defendant"), alleging violations of California labor law. (ECF No. 1-1.) On March 19, 2021, Defendant removed the action to the Eastern District of California. (ECF No. 1.) It is not clear based on the filings what precise date Defendant was served, however, the summons was issued on February 12, 2021. (ECF No. 1-1 at 2.) Defendant's notice of removal does not include an answer filed in the state court.

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2).

1  Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading
2 within the time period prescribed by Federal Rule of Civil Procedure 81(c)(2).

IT IS SO ORDERED.

Dated: __**March 23, 2021**__

UNITED STATES MAGISTRATE JUDGE

2