1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON COLORES, | Case No.  1:21-cv-00467-NONE-SAB |
| Plaintiff, | ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE TO DECEMBER 7, 2021 |
| v. | |
| RAY MOLES FARMS, INC., | |
| Defendant. | |

On February 12, 2021, Filemon Colores ("Plaintiff"), individually and on behalf of all others similarly situated, filed this action against Ray Moles Farms, Inc. ("Defendant") in the Superior Court for the State of California, County of Tulare seeking civil penalties under California's Private Attorney General Act ("PAGA"), Lab. Code § 2698 *et .seq.*  (ECF No. 1-1.) On March 19, 2021, Defendant removed the action to the Eastern District of California pursuant to 28 U.S.C. §§ 1332(d), 1453, 1441, and 1446.  (ECF No. 1.)

On March 22, 2021, the order issued setting the mandatory scheduling conference for May 27, 2021.  (ECF No. 2.)  On March 26, 2021, Defendant filed a motion to dismiss.  (ECF No. 4.)  The Court shall continue the mandatory scheduling conference to allow for decision on the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1.      The mandatory scheduling conference set for May 27, 2021 is CONTINUED to

1

1         **December 7, 2021, at 10:30 a.m.** in Courtroom 9;

2      2.    The parties shall file a joint scheduling report **seven (7) days** prior to the

3         scheduling conference; and

4      3.    Should the motion to dismiss be decided and this matter be ripe for scheduling

5         prior to the continued date, the parties may contact the courtroom deputy and

6         request that the scheduling conference be advanced.

IT IS SO ORDERED.

Dated:   **March 29, 2021**

UNITED STATES MAGISTRATE JUDGE